UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>vs.<br><br>BRANDON BLACK,<br><br>  Defendant. | 2:15-cr-00271-APG-GWF<br><br>**ORDER** |

      On November 9, 2015, this Court granted the defendant's request that new counsel be appointed, as stated on the record.

      Accordingly, IT IS HEREBY ORDERED that Gabriel Grasso, is APPOINTED as counsel for Brandon Black in place of The Federal Public Defender for all future proceedings.

      The Federal Public Defender's office shall forward the file to Mr. Grasso forthwith.

      DATED this 17th day of November, 2015.

UNITED STATES MAGISTRATE JUDGE