LANCE J. HENDRON, ESQ.
Nevada Bar No. 11151
**HENDRON LAW GROUP LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 758-5858 ♦ Facsimile: (702) 387-0034
E-mail: lance@ghlawnv.com
Attorney for Defendant

### UNITED STATES DISTRICT COURT
### CLARK COUNTY, NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BRANDON BLACK,<br><br>    Defendant. | CASE No. 2:15-cr-00271-APG-GWF |

### FINDINGS OF FACTS, CONCLUSION OF LAW AND ORDER

Based on the pending Stipulation of Counsel, and good cause appearing therefore, the Court finds:

1. Counsel for Defendant needs additional time to respond to Government's Response in Opposition to Defendant's Motion to Vacate Sentence filed on July 10, 2020.

2. The parties agree to the continuance.

3. The additional time requested by this Stipulation is made in good faith and not for the purposed of delay.

4. This is the first stipulation to be filed herein.

3

## ORDER

**IT IS HEREBY ORDERED** that the Government herein shall have to and including July 31, 2020, to file any and all Reponses to government's Response in Opposition to Defendant's Motion to Vacate Sentence.

**IT IS FURTHER STIPULATED AND AGREED,** by and between parties, that the Government shall have to and including August 7, 2020, to file any and all replies.

Dated: July 24, 2020.

_____
UNITED STATES DISTRICT JUDGE