LANCE J. HENDRON, ESQ
Nevada Bar No. 11151
**HENDRON LAW GROUP LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 758-5858 ♦ Facsimile: (702) 387-0034
E-mail: lance@ghlawnv.com
Attorney for Defendant

## UNITED STATES DISTRICT COURT
## CLARK COUNTY, NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00271-APG-GWF |
|---|---|
| Plaintiff, | **ORDER** |
| | AMENDED STIPULATION TO EXTEND RESPONSE DEADLINE TO GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO VACATE SENTENCE [ECF NO. 50] |
| vs. | |
| BRANDON BLACK, | |
| Defendant. | (FIRST REQUEST) |

IT IS HEREBY STIPULATED BY AND BETWEEN Defendant, BRANDON BLACK, by and through his counsel, LANCE J. HENDRON, ESQ., of the Law Firm HENDRON LAW GROUP, LLC, and Plaintiff, United States of America, by and through Nicholas A. Trutanich, United States Attorney and Elizabeth White, Assistant United States Attorney, that the due date for the Defendant's Response to Government's Response in Opposition to Defendant's Motion to Vacate Sentence [ECF No. 50], filed on July 10, 2020, be extended seven (7) days from July 24, 2020 to July 31, 2020.

This Stipulation is entered into for the following reasons:

1. Counsel for Defendant needs additional time to respond to Government's Response in Opposition to Defendant's Motion to Vacate Sentence [ECF No. 50], filed on July 10, 2020.

2. The parties agree to the continuance.

3. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

4. This is the first stipulation to be filed herein.

DATED this __30th__ day of July, 2020.

                                                  Respectfully Submitted,

                                                  __/s/ Lance Hendron_____
                                                  Lance J. Hendron, Esq.
                                                  Attorney for Defendant

                                                  __/s/ Elizabeth White_____
                                                  Nicholas Trutanich,
                                                  United States Attorney
                                                  Elizabeth White,
                                                  Assistant United States Attorney

HENDRON LAW GROUP LLC
625 S. EIGHTH STREET
LAS VEGAS, NEVADA 89101
TEL (702) 758-5858 • FAX (702) 387-0034

LANCE J. HENDRON, ESQ.
Nevada Bar No. 11151
**HENDRON LAW GROUP LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 758-5858 ♦ Facsimile: (702) 387-0034
E-mail: lance@ghlawnv.com
Attorney for Defendant

## UNITED STATES DISTRICT COURT
## CLARK COUNTY, NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BRANDON BLACK,<br><br>    Defendant. | CASE No. 2:15-cr-00271-APG-GWF |

### FINDINGS OF FACTS, CONCLUSION OF LAW AND ORDER

Based on the pending Stipulation of Counsel, and good cause appearing therefore, the Court finds:

1. Counsel for Defendant needs additional time to respond to Government's Response in Opposition to Defendant's Motion to Vacate Sentence filed on July 10, 2020.

2. The parties agree to the continuance.

3. The additional time requested by this Stipulation is made in good faith and not for the purposed of delay.

4. This is the first stipulation to be filed herein.

3

## AMENDED ORDER

**IT IS HEREBY ORDERED** that the Defendant herein shall have to and including July 31, 2020, to file any and all Reponses to Government's Response in Opposition to Defendant's Motion to Vacate Sentence.

**IT IS FURTHER STIPULATED AND AGREED,** by and between parties, that the Government shall have to and including August 7, 2020, to file any and all replies.

Dated: July 30, 2020.

_____
UNITED STATES DISTRICT JUDGE