# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

UNITED STATES OF AMERICA

                Plaintiff,

v.

BRANDON BLACK,

                Defendant.

JUDGMENT

Case Number: 2:15-cr-00271-APG-GWF

(Related case: 2:20-cv-1140-APG)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of USA against Defendant. IT IS FURTHER ORDERED that Black is granted a certificate of appealability.

3/12/2021  
Date

DEBRA K. KEMPI  
Clerk

/s/ J. Callo  
Deputy Clerk